B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Western District of Louisiana | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**LTAC Hospital of Washington/St. Tammany, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**26-4538202** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1400 Lindberg Drive**<br>**Slidell, LA**<br>ZIP Code **70458** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lafayette** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**101 La Rue France**<br>**Suite 100**<br>**Lafayette, LA**<br>ZIP Code **70508** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- ■ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐<br>1-49 | ■<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ■<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ■<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **LTAC Hospital of Washington/St. Tammany, LLC** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**LTAC Hospital of Washington/St. Tammany, LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____

Signature of Debtor

**X** _____

Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Bradley L. Drell** _____

Signature of Attorney for Debtor(s)

**Bradley L. Drell 24387**

Printed Name of Attorney for Debtor(s)

**Gold, Weems, Bruser, Sues & Rundell**

Firm Name

**POB 6118**
**Alexandria, LA 71307-6118**

_____
Address

**(318)445-6471  Fax: (318)445-6476**

Telephone Number

**August 17, 2015**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ August Rantz, IV** _____

Signature of Authorized Individual

**August Rantz, IV**

Printed Name of Authorized Individual

**President**

Title of Authorized Individual

**August 17, 2015**

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____

Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Louisiana

In re   **LTAC Hospital of Washington/St. Tammany, LLC**      Case No. _____

Debtor(s)     Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Acadiana Management Group<br>101 La Rue France, Suite 500<br>Lafayette, LA 70508** | **Acadiana Management Group<br>101 La Rue France, Suite 500<br>Lafayette, LA 70508** | | | **60,720.53** |
| **AMG - Management<br>101 La Rue France, Suite 500<br>Lafayette, LA 70508** | **AMG - Management<br>101 La Rue France, Suite 500<br>Lafayette, LA 70508** | | | **570,601.31** |
| **Blood Center<br>P.O. Box 62658<br>New Orleans, LA 70162** | **Blood Center<br>P.O. Box 62658<br>New Orleans, LA 70162** | | | **12,159.00** |
| **Bogalusa Healthcare Prop. LLC<br>P.O. Box 1457<br>Hammond, LA 70404** | **Bogalusa Healthcare Prop. LLC<br>P.O. Box 1457<br>Hammond, LA 70404** | | | **108,000.00** |
| **Healthcare Software<br>P.O. Box 2430<br>Farmingdale, NJ 07727** | **Healthcare Software<br>P.O. Box 2430<br>Farmingdale, NJ 07727** | | | **17,222.28** |
| **Institutional Pharmacies of LA<br>106 Abigayles Row<br>Scott, LA 70583** | **Institutional Pharmacies of LA<br>106 Abigayles Row<br>Scott, LA 70583** | | | **243,419.79** |
| **Jani-King of New Orleans<br>122 W. Pine Street<br>Ponchatoula, LA 70454-3309** | **Jani-King of New Orleans<br>122 W. Pine Street<br>Ponchatoula, LA 70454-3309** | | | **17,706.00** |
| **LA Acute Dialysis Services LLC<br>P.O. Box 4884<br>Covington, LA 70434-1805** | **LA Acute Dialysis Services LLC<br>P.O. Box 4884<br>Covington, LA 70434-1805** | | | **11,248.64** |
| **Lake Laboratory Services<br>P.O. Box 14790<br>Baton Rouge, LA 70898-4790** | **Lake Laboratory Services<br>P.O. Box 14790<br>Baton Rouge, LA 70898-4790** | | | **19,272.01** |
| **LTAC Hospital of Edmond<br>1100 E 9th Street<br>Edmond, OK 73034** | **LTAC Hospital of Edmond<br>1100 E 9th Street<br>Edmond, OK 73034** | **Cash Advance** | | **120,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **LTAC Hospital of Washington/St. Tammany, LLC**          Case No.  _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Medline Industries, Inc.<br>Dept CH 14400<br>Palatine, IL 60055-4400 | Medline Industries, Inc.<br>Dept CH 14400<br>Palatine, IL 60055-4400 | | | 102,428.89 |
| Northshore EMS<br>153 Montgomery Street<br>LA 70424-3925 | Northshore EMS<br>153 Montgomery Street<br>LA 70424-3925 | | | 8,730.91 |
| Our Lady of Angels Hospital, Inc<br>433 Plaza Street<br>Bogalusa, LA 70427 | Our Lady of Angels Hospital, Inc<br>433 Plaza Street<br>Bogalusa, LA 70427 | | | 26,591.60 |
| Piccadilly Restaurants, LLC<br>4150 S. Sherwood Forest Blvd.<br>Baton Rouge, LA 70816 | Piccadilly Restaurants, LLC<br>4150 S. Sherwood Forest Blvd.<br>Baton Rouge, LA 70816 | | | 16,784.53 |
| Preferred PICCS<br>206 Governor's Court<br>Mandeville, LA 70448 | Preferred PICCS<br>206 Governor's Court<br>Mandeville, LA 70448 | | | 11,025.00 |
| RecoverCare, LLC<br>1920 Stanley Gault Parkway<br>Suite 100<br>Louisville, KY 40223 | RecoverCare, LLC<br>1920 Stanley Gault Parkway<br>Suite 100<br>Louisville, KY 40223 | | | 12,475.73 |
| Slidell Memorial Hospital<br>P.O. Box 61015<br>New Orleans, LA 70161-1015 | Slidell Memorial Hospital<br>P.O. Box 61015<br>New Orleans, LA 70161-1015 | | | 20,356.72 |
| Sullivan Stolier<br>1042 Camelia Blvd.<br>#2<br>Lafayette, LA 70508 | Sullivan Stolier<br>1042 Camelia Blvd.<br>#2<br>Lafayette, LA 70508 | Legal Fees | | 30,283.75 |
| Trinity Neurologic Rehabilitation<br>1400 Lindberg Drive<br>Slidell, LA 70458 | Trinity Neurologic Rehabilitation<br>1400 Lindberg Drive<br>Slidell, LA 70458 | | | 27,000.00 |
| Xpress Ray, Inc.<br>3400 Division Street<br>Metairie, LA 70002 | Xpress Ray, Inc.<br>3400 Division Street<br>Metairie, LA 70002 | | | 28,000.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **LTAC Hospital of Washington/St. Tammany, LLC**          Case No. _____

                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **August 17, 2015**               Signature  **/s/ August Rantz, IV**

                                                **August Rantz, IV**
                                                **President**

    *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court

## Western District of Louisiana

In re     **LTAC Hospital of Washington/St. Tammany, LLC** _____ ,

                              Debtor

Case No. _____

Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 1,272,873.19 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 2,872,722.43 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | 1,576,273.54 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 25 | | | |
| Total Assets | | | 1,272,873.19 | | |
| Total Liabilities | | | | 4,448,995.97 | |

# United States Bankruptcy Court
## Western District of Louisiana

In re    **LTAC Hospital of Washington/St. Tammany, LLC** _____,
Debtor

Case No. _____

Chapter _____ **11** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re **LTAC Hospital of Washington/St. Tammany, LLC**                    , Case No. _____
                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
| --- | --- | --- | --- | --- |
| **None** | | | | |

| | | |
| --- | --- | --- |
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |
| | | | (Report also on Summary of Schedules) |

__0__   continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re **LTAC Hospital of Washington/St. Tammany, LLC** , Case No. _____
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Petty Cash** | - | 1,240.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking - Operating Business First Bank** | - | 45,358.48 |
| | | | **Checking - Payroll Business First Bank** | - | 416.68 |
| | | | **Checking - Operating First Bank & Trust** | - | 921.41 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Entergy** | - | 7,087.00 |
| | | | **Cleco Power** | - | 9,050.00 |
| | | | **Captive Ins. Security Collateral** | - | 132,849.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Computer Equipment See Attached Depreciation Schedule** | - | 130,734.54 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >     327,657.11
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **LTAC Hospital of Washington/St. Tammany, LLC** ,  Case No. _____
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **A/R Billings** | - | **683,747.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >    **683,747.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re __LTAC Hospital of Washington/St. Tammany, LLC_____ ,        Case No. _____
                                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Hospital License | - | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Patient Demographics | - | Unknown |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | See Attached Depreciation Schedule | - | 130,734.54 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See Attached Depreciation Schedule | - | 130,734.54 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Prepaid Insurance | - | Unknown |

|  | |
|---|---|
| Sub-Total > (Total of this page) | 261,469.08 |
| Total > | 1,272,873.19 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **LTAC Hospital of Washington/St. Tammany, LLC**         ,    Case No. _____

                                 Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Note 1 | | | | | |
| **WPS Medicare Reimbursement Wisconsin Physicians Service Medicare Part A Omaha, NE 68101** | | - | | | | | | |
| | | | Value $      0.00 | | | | 2,825,129.93 | 0.00 |
| Account No. | | | Note 2 | | | | | |
| **WPS Medicare Reimbursement Wisconsin Physicians Service Medicare Part A Omaha, NE 68101** | | - | | | | | | |
| | | | Value $      0.00 | | | | 47,592.50 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

**_0_** continuation sheets attached

| | Subtotal (Total of this page) | 2,872,722.43 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 2,872,722.43 | 0.00 |

B6E (Official Form 6E) (4/13)

In re  **LTAC Hospital of Washington/St. Tammany, LLC**                          , Case No. _____
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**0**     continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **LTAC Hospital of Washington/St. Tammany, LLC**                         ,    Case No. _____

                                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Abbott Laboratories, Inc.** <br> **P.O. Box 100997** <br> **Atlanta, GA 30384** | | - | | | | | 1,752.71 |
| Account No. <br><br> **Acadian Ambulance** <br> **P.O. Box 92970** <br> **Lafayette, LA 70509-2970** | | - | | | | | 6,571.57 |
| Account No. <br><br> **Acadiana Management Group** <br> **101 La Rue France, Suite 500** <br> **Lafayette, LA 70508** | | - | | | | | 60,720.53 |
| Account No. <br><br> **ADAPT, Inc.** <br> **216 Memphis Street** <br> **Bogalusa, LA 70427** | | - | | | | | 30.00 |
| | | | Subtotal <br> (Total of this page) | | | | 69,074.81 |

  __16__  continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re **LTAC Hospital of Washington/St. Tammany, LLC** , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Air Pro Heating & Cooling LLC** **2030 South Columbia Street** **Bogalusa, LA 70427** | - | | | | | | | 2,905.00 |
| Account No. | | | | | | | | |
| **Airgas USA, LLC** **P.O. Box 676015** **Dallas, TX 75267-6015** | - | | | | | | | 8,089.14 |
| Account No. | | | | | | | | |
| **American Solutions for Business** **8479 Solution Center** **Chicago, IL 60677-8004** | - | | | | | | | 187.44 |
| Account No. | | | | | | | | |
| **AMG - Management** **101 La Rue France, Suite 500** **Lafayette, LA 70508** | - | | | | | | | 570,601.31 |
| Account No. | | | | | | | | |
| **Andersen Medical Gas, LLC** **12 Place Lafitte** **Madisonville, LA 70447** | - | | | | | | | 1,800.00 |

Sheet no. __1__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**583,582.89**

B6F (Official Form 6F) (12/07) - Cont.

In re __**LTAC Hospital of Washington/St. Tammany, LLC**_____ ,     Case No. _____
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Background Research Solutions P.O. Box 3083 Slidell, LA 70459 | - | | | | | | 182.00 |
| Account No. | | | | | | | |
| Baxter Healthcare Solutions, LLC P.O. Box 730531 Dallas, TX 75373-0531 | - | | | | | | 1,442.18 |
| Account No. | | | | | | | |
| Biomedical Support Services, Inc P.O. Box 1303 Zachary, LA 70791 | - | | | | | | 886.07 |
| Account No. | | | | | | | |
| Blood Center P.O. Box 62658 New Orleans, LA 70162 | - | | | | | | 12,159.00 |
| Account No. | | | | | | | |
| Blue Cross Blue Shield P.O. Box 98029 Baton Rouge, LA 70898-9029 | - | | | | | | 1,216.00 |

Sheet no. __2___ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                15,885.25

B6F (Official Form 6F) (12/07) - Cont.

In re **LTAC Hospital of Washington/St. Tammany, LLC** , Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **Blue Cross Blue Shield of MS 3545 Lakeland Drive Flowood, MS 39232** | | - | | | | | | 160.00 |
| Account No. **Bogalusa Healthcare Prop. LLC P.O. Box 1457 Hammond, LA 70404** | | - | | | | | | 108,000.00 |
| Account No. **BRG Phones Plus P.O. Box 87272 Baton Rouge, LA 70879** | | - | | | | | | 155.00 |
| Account No. **Briggs P.O. Box 1355 Des Moines, IA 50305-1355** | | - | | | | | | 313.77 |
| Account No. **Brown's Dairy 1300 Baronne Street New Orleans, LA 70113** | | - | | | | | | 38.12 |

Sheet no. __3__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 108,666.89

B6F (Official Form 6F) (12/07) - Cont.

In re **LTAC Hospital of Washington/St. Tammany, LLC** , Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Carney Furniture & Appliance 609 Rio Grande Street Bogalusa, LA 70427 | - | | | | | | 95.00 |
| Account No. Channing Bete Company P.O. Box 3538 South Deerfield, MA 01373-3538 | - | | | | | | 1,471.64 |
| Account No. Chick-Fil-A 1645 Gause Blvd. Slidell, LA 70458 | - | | | | | | 61.45 |
| Account No. CIT Technology Fin Serv, Inc. (126 & 125) 21146 Network Place Chicago, IL 60673-1211 | - | | | | | | 619.22 |
| Account No. CIT Technology Fin Serv, Inc. (917000) 21146 Network Place Chicago, IL 60673-1211 | - | | | | | | 1,692.23 |

Sheet no. __4__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **3,939.54**

B6F (Official Form 6F) (12/07) - Cont.

In re **LTAC Hospital of Washington/St. Tammany, LLC** _____ , Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Cite Technology Solutions, LLC 4906 Ambassador Caffrey Pkwy. Lafayette, LA 70508 | | - | | | | | 2,082.66 |
| Account No. | | | | | | | |
| CLIA Laboratory Program P.O. Box 530882 Atlanta, GA 30353-0882 | | - | | | | | 300.00 |
| Account No. | | | | | | | |
| Dryco 5400 Janes Avenue Downers Grove, IL 60515 | | - | | | | | 815.63 |
| Account No. | | | | | | | |
| Educational Electronics Corp 216 Oak Avenue New Orleans, LA 70123 | | - | | | | | 250.00 |
| Account No. | | | | | | | |
| Employment Research Services 314 South Philo Lafayette, LA 70506 | | - | | | | | 52.00 |

Sheet no. __5__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                3,500.29

B6F (Official Form 6F) (12/07) - Cont.

In re   **LTAC Hospital of Washington/St. Tammany, LLC** ,   Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| Firequest Fire Alarm Serv. Assoc 12097 Old Hamond Hwy Suite Baton Rouge, LA 70816 | - | | | | | | | 2,947.65 |
| Account No. | | | | | | | | |
| Fruge & Fruge Graphic Design Six Henrietta Drive Crowley, LA 70526 | - | | | | | | | 70.00 |
| Account No. | | | | | | | | |
| Grainger P.O. Box 419267 Kansas City, MO 64141-6267 | - | | | | | | | 1,349.79 |
| Account No. | | | | | | | | |
| Gulf Coast Office Products, Inc. 5801 River Oaks Road Sout New Orleans, LA 70123 | - | | | | | | | 211.75 |
| Account No. | | | | | | | | |
| HD Supply Facilities Maint. LTD P.O. Box 509058 San Diego, CA 92150-9058 | - | | | | | | | 2,530.48 |

Sheet no. __6__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **7,109.67**

B6F (Official Form 6F) (12/07) - Cont.

In re **LTAC Hospital of Washington/St. Tammany, LLC** ,        Case No. _____

_____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| **Healthcare Software** P.O. Box 2430 Farmingdale, NJ 07727 | - | | | | | | 17,222.28 |
| Account No. | | | | | | | |
| **Hossein Tabari, MC** 1616 S. Columbia Street Suite E Bogalusa, LA 70427 | - | | | | | | 5,255.19 |
| Account No. | | | | | | | |
| **Humana Health Care Plans** P.O. Box 931655 Atlanta, GA 31193-1655 | - | | | | | | 5,923.23 |
| Account No. | | | | | | | |
| **Institutional Pharmacies of LA** 106 Abigayles Row Scott, LA 70583 | - | | | | | | 243,419.79 |
| Account No. | | | | | | | |
| **Italian Pie** 1927 Corporate Square Drive Suite D Slidell, LA 70458 | - | | | | | | 618.30 |

Sheet no. __7__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                272,438.79

B6F (Official Form 6F) (12/07) - Cont.

In re **LTAC Hospital of Washington/St. Tammany, LLC** , Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**J&J Exterminating**<br>**47009 North Morrison Blvd.**<br>**Hammond, LA 70401** | - | | | | | | | 499.00 |
| Account No.<br><br>**Jamie Catalanotto**<br>**1580 Harbor Drive Unit 120**<br>**Slidell, LA 70458-9253** | - | | | | | | | 25.00 |
| Account No.<br><br>**Jani-King of New Orleans**<br>**122 W. Pine Street**<br>**Ponchatoula, LA 70454-3309** | - | | | | | | | 17,706.00 |
| Account No.<br><br>**JeiJei Feinberg, MD**<br>**P.O. Box 700**<br>**Bogalusa, LA 70429** | - | | | | | | | 1,300.00 |
| Account No.<br><br>**Kaeser & Blair Incorporated**<br>**3771 Solutions Center**<br>**Chicago, IL 60677-3007** | - | | | | | | | 1,082.48 |

Sheet no. __8__ of __16__ sheets attached to Schedule of          Subtotal          20,612.48
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **LTAC Hospital of Washington/St. Tammany, LLC** _____ ,   Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **KCI, USA** **P.O. Box 301557** **Dallas, TX 75303-1557** | - | | | | | | | 5,076.43 |
| Account No. | | | | | | | | |
| **LA Acute Dialysis Services LLC** **P.O. Box 4884** **Covington, LA 70434-1805** | - | | | | | | | 11,248.64 |
| Account No. | | | | | | | | |
| **Lake Laboratory Services** **P.O. Box 14790** **Baton Rouge, LA 70898-4790** | - | | | | | | | 19,272.01 |
| Account No. | | | | | | | | |
| **Lowry's Printing & Copying** **2004 W. Pinhook Road** **Lafayette, LA 70508** | - | | | | | | | 849.94 |
| Account No. | | | | Cash Advance | | | | |
| **LTAC Hospital of Edmond** **1100 E 9th Street** **Edmond, OK 73034** | - | | | | | | | 120,000.00 |

Sheet no. __9__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        156,447.02

B6F (Official Form 6F) (12/07) - Cont.

In re **LTAC Hospital of Washington/St. Tammany, LLC** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Masimo Americas, Inc. P.O. Box 51210 Los Angeles, CA 90051-5510 | - | | | | | | | | 546.72 |
| Account No. | | | | | | | | | |
| MDM Commercial 1102 A1A North - Suite 205 Ponte Vedra Beach, FL 32082 | - | | | | | | | | 1,065.63 |
| Account No. | | | | | | | | | |
| Mediscribes, Inc. 12806 Townepark Way Louisville, KY 40243 | - | | | | | | | | 5,238.22 |
| Account No. | | | | | | | | | |
| Medline Industries, Inc. Dept CH 14400 Palatine, IL 60055-4400 | - | | | | | | | | 102,428.89 |
| Account No. | | | | | | | | | |
| Neopost P.O. Box 30193 Tampa, FL 33630-3193 | - | | | | | | | | 315.57 |

Sheet no. __10__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **109,595.03**

B6F (Official Form 6F) (12/07) - Cont.

In re  **LTAC Hospital of Washington/St. Tammany, LLC**                    ,     Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Northshore EMS 153 Montgomery Street LA 70424-3925 | | - | | | | | | | 8,730.91 |
| Account No. | | | | | | | | | |
| Ochsner Medical Center Northshor 100 Medical Center Drive Slidell, LA 70461-5520 | | - | | | | | | | 336.89 |
| Account No. | | | | | | | | | |
| Office Depot P.O. Box 88040 Chicago, IL 60680-1040 | | - | | | | | | | 1,796.81 |
| Account No. | | | | | | | | | |
| OptiMedical P.O. Box 932005 Atlanta, GA 31193-2005 | | - | | | | | | | 735.69 |
| Account No. | | | | | | | | | |
| Our Lady of Angels Hospital, Inc 433 Plaza Street Bogalusa, LA 70427 | | - | | | | | | | 26,591.60 |

Sheet no. __11__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **38,191.90**

B6F (Official Form 6F) (12/07) - Cont.

In re **LTAC Hospital of Washington/St. Tammany, LLC** ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Patterson Medical** <br> **P.O. Box 93040** <br> **Chicago, IL 60673-3040** | | - | | | | | | 229.85 |
| Account No. <br><br> **Pelican Physician Services** <br> **2375 East Gause Blvd.** <br> **Slidell, LA 70461** | | - | | | | | | 60.00 |
| Account No. <br><br> **Philips Med Cap (#140)** <br> **P.O. Box 92449** <br> **Cleveland, OH 44193-0003** | | - | | | | | | 648.27 |
| Account No. <br><br> **Piccadilly Restaurants, LLC** <br> **4150 S. Sherwood Forest Blvd.** <br> **Baton Rouge, LA 70816** | | - | | | | | | 16,784.53 |
| Account No. <br><br> **Praxair Distribution Inc.** <br> **P.O. Box 120812** <br> **Dept 0812** <br> **Dallas, TX 75312-0812** | | - | | | | | | 8,293.85 |

Sheet no. __12__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **26,016.50**

B6F (Official Form 6F) (12/07) - Cont.

In re **LTAC Hospital of Washington/St. Tammany, LLC** , Case No. _____
                                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Preferred PICCS**<br>**206 Governor's Court**<br>**Mandeville, LA 70448** | | - | | | | | | | **11,025.00** |
| Account No.<br><br>**RecoverCare, LLC**<br>**1920 Stanley Gault Parkway**<br>**Suite 100**<br>**Louisville, KY 40223** | | - | | | | | | | **12,475.73** |
| Account No.<br><br>**Reinhart FoodService**<br>**918 Edwards Avenue**<br>**New Orleans, LA 70123** | | - | | | | | | | **7,159.40** |
| Account No.<br><br>**Respiratory Services, Inc.**<br>**59038 Amber Street**<br>**Slidell, LA 70461-5334** | | - | | | | | | | **501.40** |
| Account No.<br><br>**Rogelio Casama, MD**<br>**P.O. Box 220**<br>**Bogalusa, LA 70429** | | - | | | | | | | **2,000.00** |

Sheet no. __13__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **33,161.53**

B6F (Official Form 6F) (12/07) - Cont.

In re **LTAC Hospital of Washington/St. Tammany, LLC** ,   Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | | | |
| **Roto-Rooter Plumbing & Drain** **70161 Hwy 59** **Suite B** **Abita Springs, LA 70420** | | | | | | | | | 495.25 |
| Account No. | | - | | | | | | | |
| **RR Donnelley** **P.O. Box 730216** **Dallas, TX 75373-0216** | | | | | | | | | 356.26 |
| Account No. | | - | | | | | | | |
| **SimplexGrinnell** **DEPT. CH 10320** **Palatine, IL 60055-0320** | | | | | | | | | 539.34 |
| Account No. | | - | | | | | | | |
| **Slidell Memorial Hospital** **P.O. Box 61015** **New Orleans, LA 70161-1015** | | | | | | | | | 20,356.72 |
| Account No. | | - | | | | | | | |
| **Slidell Refrigeration** **P.O. Box 5250** **Slidell, LA 70469-5250** | | | | | | | | | 170.00 |

Sheet no. __14__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,917.57

B6F (Official Form 6F) (12/07) - Cont.

In re **LTAC Hospital of Washington/St. Tammany, LLC** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | - | | | | | | | |
| Sono Tech Enterprises, Inc. P.O. Box 24447 New Orleans, LA 70184 | | | | | | | | | 550.00 |
| Account No. | | - | | | | | | | |
| St. Tammany Parish Hospital P.O. Box 4482 New Orleans, LA 70154-4482 | | | | | | | | | 183.00 |
| Account No. | | - | | | | | | | |
| Stryker Sales Corporation P.O. Box 93308 Chicago, IL 60673-3308 | | | | | | | | | 487.89 |
| Account No. | | - | | | Legal Fees | | | | |
| Sullivan Stolier 1042 Camelia Blvd. #2 Lafayette, LA 70508 | | | | | | | | | 30,283.75 |
| Account No. | | - | | | | | | | |
| Thyssenkrupp Elevator Corp P.O. Box 933004 Atlanta, GA 31193-3004 | | | | | | | | | 3,975.81 |

Sheet no. __15__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **35,480.45**

B6F (Official Form 6F) (12/07) - Cont.

In re **LTAC Hospital of Washington/St. Tammany, LLC** ,  Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Trinity Neurologic Rehabilitation** <br> **1400 Lindberg Drive** <br> **Slidell, LA 70458** | | - | | | | | | 27,000.00 |
| Account No. <br><br> **Ultrasound Services of LA** <br> **174 Grant Road** <br> **Opelousas, LA 70570** | | - | | | | | | 3,150.00 |
| Account No. <br><br> **Universal Hospital Services, Inc** <br> **SDS 12-0940** <br> **P.O. Box 86** <br> **Minneapolis, MN 55486-0940** | | - | | | | | | 5,714.30 |
| Account No. <br><br> **Westport Linen Services** <br> **510 Kornmeyer Plaza** <br> **Baton Rouge, LA 70806** | | - | | | | | | 6,788.63 |
| Account No. <br><br> **Xpress Ray, Inc.** <br> **3400 Division Street** <br> **Metairie, LA 70002** | | - | | | | | | 28,000.00 |

Sheet no. __16__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **70,652.93**

Total (Report on Summary of Schedules) **1,576,273.54**

B6G (Official Form 6G) (12/07)

In re   **LTAC Hospital of Washington/St. Tammany, LLC** _____ ,   Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| **Flatlron Capital**<br>**1700 Lincoln Street**<br>**12th Floor**<br>**Denver, CO 80203** | **Workers Compensation** |
| **Imperial**<br>**2777 Allen Parkway**<br>**Suite 550**<br>**Houston, TX 77019** | **Policy Number: HN007351**<br>**Slidell Location** |
| **Imperial**<br>**2777 Allen Parkway**<br>**Suite 550**<br>**Houston, TX 77019** | **Policy Number: HN007351**<br>**Bogalusa Location** |
| **KCI USA, Inc.**<br>**12930 W Interstate 10**<br>**San Antonio, TX 78249** | **Info V.A.C. Therapy Unit** |
| **Philips Medical Capital, LLC**<br>**P.O. Box 92449**<br>**Cleveland, OH 44193** | **One (1) V200 Ventilator**<br>**Equipment Location: 1400 Lindberg Drive, Slidell,**<br>**LA 70458** |
| **RecoverCare, LLC**<br>**1920 Stanley Gault Parkway**<br>**Suite 100**<br>**Louisville, KY 40223** | **Lease Number: HWST05162013-006**<br>**36 Month Term; Monthly Price $1,053.18**<br>**36 Month Total: $37,914.00** |
| **WPS Medicare**<br>**Reimbursement**<br>**Wisconsin Physicians Service**<br>**Medicare Part A**<br>**Omaha, NE 68101** | **(2009) - Provider Name: Slidell AMG Specialty**<br>**Hospital**<br>**Provider Number: 19-2046** |
| **WPS Medicare**<br>**Reimbursement**<br>**Wisconsin Physicians Service**<br>**Medicare Part A**<br>**Omaha, NE 68101** | **(Acute) Provider Name: LTAC of Slidell**<br>**Provider Number: 190299/192046** |

**0**

____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re **LTAC Hospital of Washington/St. Tammany, LLC** , Case No. _____

_____
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## Western District of Louisiana

In re  **LTAC Hospital of Washington/St. Tammany, LLC**

Case No. _____

Debtor(s)

Chapter  **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**27**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **August 17, 2015**

Signature  **/s/ August Rantz, IV**

**August Rantz, IV**
**President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Western District of Louisiana

In re **LTAC Hospital of Washington/St. Tammany, LLC**  Case No. _____

Debtor(s)  Chapter  **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
■

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT  SOURCE

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$683,747.14** | **2015 YTD (Net)** |
| **$1,116,815.39** | **2014 (Net)** |
| **$654,685.72** | **2013 (Net)** |

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **Ameritas Investment Corp.**<br>**5900 O Street**<br>**Lincoln, NE 68510** | **Every 2 weeks - Pension Plan** | **$0.00** | **$0.00** |

None ■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)

3

**5. Repossessions, foreclosures and returns**

None
■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Gold Weems Bruser Sues & Rundell P.O. Box 6118 Alexandria, LA 71301** | **8/17/2015** | **$15,000.00** |

**10.  Other transfers**

None ■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
5

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)
6

### 18 . Nature, location and name of business

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| **Jessica McGee, CFO** | **1996-Present** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Jessica McGee, CFO** | |
| **Therese' LeBlana, CPA** **Prepares tax returns** | |
| **Michael Freeman, CPA** **Prepares cost reports** | |

B7 (Official Form 7) (04/13)
7

None  ■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                    DATE ISSUED

---

**20. Inventories**

None  ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
and the dollar amount and basis of each inventory.

DATE OF INVENTORY              INVENTORY SUPERVISOR              DOLLAR AMOUNT OF INVENTORY
                                                                (Specify cost, market or other basis)

None  ■  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                              NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                               RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None  ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS              NATURE OF INTEREST              PERCENTAGE OF INTEREST

None  ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                              TITLE              NATURE AND PERCENTAGE
                                                                OF STOCK OWNERSHIP
**AMG Hospital Company II, LLC**                                **98% Ownership**
**101 La Rue France, Suite 500**
**Lafayette, LA 70508**

**T&C Shrohe Holdings, LLC**                                    **2% Hospital Ownership**

---

**22 . Former partners, officers, directors and shareholders**

None  ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
commencement of this case.

NAME                              ADDRESS                              DATE OF WITHDRAWAL

None  ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
immediately preceding the commencement of this case.

NAME AND ADDRESS                              TITLE              DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None  ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
commencement of this case.

NAME & ADDRESS                              DATE AND PURPOSE              AMOUNT OF MONEY
OF RECIPIENT,                               OF WITHDRAWAL                OR DESCRIPTION AND
RELATIONSHIP TO DEBTOR                                                   VALUE OF PROPERTY

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

B7 (Official Form 7) (04/13)
8

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **August 17, 2015**                    Signature   **/s/ August Rantz, IV**
                                                          **August Rantz, IV**
                                                          **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Western District of Louisiana

In re    **LTAC Hospital of Washington/St. Tammany, LLC**      Case No.
                                  Debtor(s)      Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **$275.00 per hour** |
| Prior to the filing of this statement I have received | $ | **15,000.00** |
| Balance Due | $ | **Unknown** |

2. The source of the compensation paid to me was:

   ☑ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor     ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **August 17, 2015**             **/s/ Bradley L. Drell**
                                              **Bradley L. Drell**
                                              **Gold, Weems, Bruser, Sues & Rundell**
                                              **POB 6118**
                                              **Alexandria, LA 71307-6118**
                                              **(318)445-6471  Fax: (318)445-6476**

# United States Bankruptcy Court

### Western District of Louisiana

In re    **LTAC Hospital of Washington/St. Tammany, LLC** _____,

           Debtor

Case No. _____

Chapter _____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **AMG Hospital Company II, LLC**<br>**101 La Rue France, Suite 500**<br>**Lafayette, LA 70508** | | | |
| **T&C Shrohe Holdings, LLC** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**August 17, 2015**_____        Signature **/s/ August Rantz, IV**_____

                                                       **August Rantz, IV**
                                                       **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

____**0**____ continuation sheets attached to List of Equity Security Holders

Abbott Laboratories, Inc.
P.O. Box 100997
Atlanta, GA 30384


Acadian Ambulance
P.O. Box 92970
Lafayette, LA 70509-2970


Acadiana Management Group
101 La Rue France, Suite 500
Lafayette, LA 70508


ADAPT, Inc.
216 Memphis Street
Bogalusa, LA 70427


Air Pro Heating & Cooling LLC
2030 South Columbia Street
Bogalusa, LA 70427


Airgas USA, LLC
P.O. Box 676015
Dallas, TX 75267-6015


American Solutions for Business
8479 Solution Center
Chicago, IL 60677-8004


AMG - Management
101 La Rue France, Suite 500
Lafayette, LA 70508


Andersen Medical Gas, LLC
12 Place Lafitte
Madisonville, LA 70447

Background Research Solutions
P.O. Box 3083
Slidell, LA 70459


Baxter Healthcare Solutions, LLC
P.O. Box 730531
Dallas, TX 75373-0531


Biomedical Support Services, Inc
P.O. Box 1303
Zachary, LA 70791


Blood Center
P.O. Box 62658
New Orleans, LA 70162


Blue Cross Blue Shield
P.O. Box 98029
Baton Rouge, LA 70898-9029


Blue Cross Blue Shield of MS
3545 Lakeland Drive
Flowood, MS 39232


Bogalusa Healthcare Prop. LLC
P.O. Box 1457
Hammond, LA 70404


BRG Phones Plus
P.O. Box 87272
Baton Rouge, LA 70879


Briggs
P.O. Box 1355
Des Moines, IA 50305-1355

Brown's Dairy
1300 Baronne Street
New Orleans, LA 70113


Carney Furniture & Appliance
609 Rio Grande Street
Bogalusa, LA 70427


Channing Bete Company
P.O. Box 3538
South Deerfield, MA 01373-3538


Chick-Fil-A
1645 Gause Blvd.
Slidell, LA 70458


CIT Technology Fin Serv, Inc.
(126 & 125)
21146 Network Place
Chicago, IL 60673-1211


CIT Technology Fin Serv, Inc.
(917000)
21146 Network Place
Chicago, IL 60673-1211


Cite Technology Solutions, LLC
4906 Ambassador Caffrey Pkwy.
Lafayette, LA 70508


CLIA Laboratory Program
P.O. Box 530882
Atlanta, GA 30353-0882


Dryco
5400 Janes Avenue
Downers Grove, IL 60515

Educational Electronics Corp
216 Oak Avenue
New Orleans, LA 70123


Employment Research Services
314 South Philo
Lafayette, LA 70506


Firequest Fire Alarm Serv. Assoc
12097 Old Hamond Hwy
Suite
Baton Rouge, LA 70816


FlatIron Capital
1700 Lincoln Street
12th Floor
Denver, CO 80203


Fruge & Fruge Graphic Design
Six Henrietta Drive
Crowley, LA 70526


Grainger
P.O. Box 419267
Kansas City, MO 64141-6267


Gulf Coast Office Products, Inc.
5801 River Oaks Road Sout
New Orleans, LA 70123


HD Supply Facilities Maint. LTD
P.O. Box 509058
San Diego, CA 92150-9058


Healthcare Software
P.O. Box 2430
Farmingdale, NJ 07727

Hossein Tabari, MC
1616 S. Columbia Street
Suite E
Bogalusa, LA 70427


Humana Health Care Plans
P.O. Box 931655
Atlanta, GA 31193-1655


Imperial
2777 Allen Parkway
Suite 550
Houston, TX 77019


Institutional Pharmacies of LA
106 Abigayles Row
Scott, LA 70583


Italian Pie
1927 Corporate Square Drive
Suite D
Slidell, LA 70458


J&J Exterminating
47009 North Morrison Blvd.
Hammond, LA 70401


Jamie Catalanotto
1580 Harbor Drive Unit 120
Slidell, LA 70458-9253


Jani-King of New Orleans
122 W. Pine Street
Ponchatoula, LA 70454-3309


JeiJei Feinberg, MD
P.O. Box 700
Bogalusa, LA 70429

Kaeser & Blair Incorporated
3771 Solutions Center
Chicago, IL 60677-3007


KCI USA, Inc.
12930 W Interstate 10
San Antonio, TX 78249


KCI, USA
P.O. Box 301557
Dallas, TX 75303-1557


LA Acute Dialysis Services LLC
P.O. Box 4884
Covington, LA 70434-1805


Lake Laboratory Services
P.O. Box 14790
Baton Rouge, LA 70898-4790


Lowry's Printing & Copying
2004 W. Pinhook Road
Lafayette, LA 70508


LTAC Hospital of Edmond
1100 E 9th Street
Edmond, OK 73034


Masimo Americas, Inc.
P.O. Box 51210
Los Angeles, CA 90051-5510


MDM Commercial
1102 A1A North - Suite 205
Ponte Vedra Beach, FL 32082

Mediscribes, Inc.
12806 Townepark Way
Louisville, KY 40243


Medline Industries, Inc.
Dept CH 14400
Palatine, IL 60055-4400


Neopost
P.O. Box 30193
Tampa, FL 33630-3193


Northshore EMS
153 Montgomery Street
LA 70424-3925


Ochsner Medical Center Northshor
100 Medical Center Drive
Slidell, LA 70461-5520


Office Depot
P.O. Box 88040
Chicago, IL 60680-1040


OptiMedical
P.O. Box 932005
Atlanta, GA 31193-2005


Our Lady of Angels Hospital, Inc
433 Plaza Street
Bogalusa, LA 70427


Patterson Medical
P.O. Box 93040
Chicago, IL 60673-3040

Pelican Physician Services
2375 East Gause Blvd.
Slidell, LA 70461


Philips Med Cap (#140)
P.O. Box 92449
Cleveland, OH 44193-0003


Philips Medical Capital, LLC
P.O. Box 92449
Cleveland, OH 44193


Piccadilly Restaurants, LLC
4150 S. Sherwood Forest Blvd.
Baton Rouge, LA 70816


Praxair Distribution Inc.
P.O. Box 120812
Dept 0812
Dallas, TX 75312-0812


Preferred PICCS
206 Governor's Court
Mandeville, LA 70448


RecoverCare, LLC
1920 Stanley Gault Parkway
Suite 100
Louisville, KY 40223


Reinhart FoodService
918 Edwards Avenue
New Orleans, LA 70123


Respiratory Services, Inc.
59038 Amber Street
Slidell, LA 70461-5334

Rogelio Casama, MD
P.O. Box 220
Bogalusa, LA 70429


Roto-Rooter Plumbing & Drain
70161 Hwy 59
Suite B
Abita Springs, LA 70420


RR Donnelley
P.O. Box 730216
Dallas, TX 75373-0216


SimplexGrinnell
DEPT. CH 10320
Palatine, IL 60055-0320


Slidell Memorial Hospital
P.O. Box 61015
New Orleans, LA 70161-1015


Slidell Refrigeration
P.O. Box 5250
Slidell, LA 70469-5250


Sono Tech Enterprises, Inc.
P.O. Box 24447
New Orleans, LA 70184


St. Tammany Parish Hospital
P.O. Box 4482
New Orleans, LA 70154-4482


Stryker Sales Corporation
P.O. Box 93308
Chicago, IL 60673-3308

Sullivan Stolier
1042 Camelia Blvd.
#2
Lafayette, LA 70508


Thyssenkrupp Elevator Corp
P.O. Box 933004
Atlanta, GA 31193-3004


Trinity Neurologic Rehabilition
1400 Lindberg Drive
Slidell, LA 70458


Ultrasound Services of LA
174 Grant Road
Opelousas, LA 70570


Universal Hospital Services, Inc
SDS 12-0940
P.O. Box 86
Minneapolis, MN 55486-0940


Westport Linen Services
510 Kornmeyer Plaza
Baton Rouge, LA 70806


WPS Medicare
Reimbursement
Wisconsin Physicians Service
Medicare Part A
Omaha, NE 68101


Xpress Ray, Inc.
3400 Division Street
Metairie, LA 70002

# United States Bankruptcy Court
## Western District of Louisiana

In re   **LTAC Hospital of Washington/St. Tammany, LLC**         Case No. _____

                        Debtor(s)          Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **August 17, 2015**                    **/s/ August Rantz, IV**

                                              **August Rantz, IV/President**
                                            Signer/Title

# United States Bankruptcy Court
## Western District of Louisiana

In re    __LTAC Hospital of Washington/St. Tammany, LLC__        Case No.   _____

                                     Debtor(s)                  Chapter    __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __LTAC Hospital of Washington/St. Tammany, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__August 17, 2015__
Date

/s/ **Bradley L. Drell**
**Bradley L. Drell**
Signature of Attorney or Litigant
Counsel for    **LTAC Hospital of Washington/St. Tammany, LLC**
**Gold, Weems, Bruser, Sues & Rundell**
**POB 6118**
**Alexandria, LA 71307-6118**
**(318)445-6471 Fax:(318)445-6476**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                   Best Case Bankruptcy